UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL STAS,

    Plaintiff,

v.                                   Case No.:  2:25-cv-660-SPC-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **OPINION AND ORDER**

Before the Court is Pro se Plaintiff Michael Stas' Motion for a Temporary Restraining Order and Motion for a Preliminary Injunction.[1] (Doc. 7). For the below reasons, the Court denies the request for a TRO and takes under advisement the request for a preliminary injunction.

The primary difference between a TRO and preliminary injunction is that a court may grant a TRO motion without notice to the opposing party or an opportunity to be heard. *See* Fed. R. Civ. P. 65(a)-(b). Accordingly, TROs "should be restricted to serving their underlying purpose of preserving the status quo and preventing irreparable harm just so long as is necessary to hold a [preliminary-injunction] hearing, and no longer." *Granny Goose Foods, Inc.*

---

[1] Plaintiff previously filed a motion seeking similar emergency relief. (Doc. 3), which the Court denied. (Doc. 7).

*v. Bhd. of Teamsters & Auto Truck Drivers Loc. No. 70 of Alameda Cnty.*, 415 U.S. 423, 439 (1974).

Plaintiff initiated this action on July 29, 2025. (Doc. 1). Defendant has appeared, and service of Plaintiff's summons and complaint is unnecessary under Rule 3 of the Supplemental Rules for Social Security Action. (Docs. 6, 8). Given this posture, the immediate *ex parte* relief provided by a TRO is inappropriate. *See Swiler v. RSJ Ventures,* LLC, No. 2:24-cv-00661-SPC, Doc. 39 (M.D. Fla. Jan. 7, 2025); Harley's *Hope Found. v. Harley's Dream*, No. 22-CV-0136-WJM-STV, 2022 WL 824415, at *1 (D. Colo. Mar. 18, 2022). The Court denies the TRO request and takes the preliminary-injunction request under advisement.

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 7) is **DENIED in part** as to its request for a TRO. The request for preliminary injunction remains under advisement.

2. **On or before August 26, 2025**, Defendant must respond to Plaintiff's request for preliminary injunction.

3. The Court will set a preliminary-injunction hearing by separate notice.

**DONE** and **ORDERED** in Fort Myers, Florida on August 12, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

3